(Official Form 1)(12/03)

| FORM B1 | **UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF TEXAS<br>FORT WORTH DIVISION** | **Voluntary Petition** |
|---|---|---|
| Name of Debtor (if individual, enter Last, First Middle):<br>**Westfall, Kathy Stuart** | | Name of Joint Debtor (Spouse) (if individual, enter Last, First Middle): |
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No (if more than one, state all):<br>**xxx-xx-7040** | | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, State and Zip Code):<br>**1240 Courtney Lane<br>Lewisville, TX 75077** | | Street Address of Joint Debtor (No. and Street, City, State and Zip Code): |
| County of Residence or of the Principal Place of Business:<br>**Denton** | | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**1240 Courtney Lane<br>Lewisville, TX 75077** | | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [x] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- [x] Individual(s)
- [ ] Corporation
- [ ] Partnership
- [ ] Other_____
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Section 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
- [x] Consumer/Non-Business
- [ ] Business

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3.

**Chapter 11 Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined by 11 U.S.C. Sec. 101.
- [ ] Debtor is & elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)  THIS SPACE IS FOR COURT USE ONLY
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses are paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-Over |
|---|---|---|---|---|---|---|
| | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | 1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | 1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2005 (Build 7.0.0.7, ID 4023746893)*

# Voluntary Petition (page 2)
*(This page must be completed and filed in every case)*

Name of Debtor(s): **Westfall, Kathy Stuart**

## Prior Bankruptcy Case(s) Filed Within Last 6 Years (If more than two, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

## Pending Bankruptcy Case(s) Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Westfall, Kathy Stuart**
**Westfall, Kathy Stuart**

X _____

Telephone Number (If not represented by an attorney)

**10/14/2005**
Date

### Signature of Attorney

X **/s/ Weldon R. Grisham**
**Weldon R. Grisham**   Bar No. **08507200**

Weldon R. Grisham
801 Cherry Street
Unit 7
Fort Worth TX 76102

Phone No. **(817) 390-0065**   Fax No. **(817) 390-0075**

**10/14/2005**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Printed Name of Authorized Individual

Title of Authorized Individual

**10/14/2005**
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner named in the foregoing petition that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X **/s/ Weldon R. Grisham**   10/14/2005
**Weldon R. Grisham**   Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both (11 U.S.C. § 110; 18 U.S.C. § 156).

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:   **Westfall, Kathy Stuart**                                             CASE NO

                                                                                                           CHAPTER   **7**

# VERIFICATION OF MAILING LIST

     In accordance with Local Rule 1002, the above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of my knowledge.  I also certify that the attached mailing list

[ ] is the first mailing list filed in this case.

[ ] adds entities not listed on previously filed mailing list(s).

[ ] changes or corrects names and address on previously filed mailing lists.

( ) deletes entities listed on previously filed mailing list.


Date  10/14/2005                                              Signature  /s/ Westfall, Kathy Stuart
                                                                                     *Westfall, Kathy Stuart*


Date  _____                        Signature  _____


                                                              /s/ Weldon R. Grisham
                                                              *Weldon R. Grisham*
                                                              *08507200*
                                                              *Weldon R. Grisham*
                                                              *801 Cherry Street*
                                                              *Unit 7*
                                                              *Fort Worth TX 76102*
                                                              *(817) 390-0065*

```
American Airlines Credit Union
PO Box 619001, MD 2100
DFW, TX 75261-9001



American Express
PO Box 650448
Dallas, TX 75265-0148



Bank of America
PO Box 650260
Dallas, TX 75265-0260



Capital One
PO Box 85015
Richmond, VA 23285-5015



Chase
800 Brooksedge Blvd
Westerville, OH 43081



Cingular Wireless
PO Box 740933
Dallas, TX 75374



Citibank
PO Box 6408
The Lakes, NV 88901-6408



FHA/HUD
801 Cherry St, Suite 2500
Fort Worth, TX 76102



Flagstar
5151 Corporate Dr
Troy, MI 48098
```

Internal Revenue Service
PO Box 660169
Dallas, TX 75266-0169


Internal Revenue Service
1100 Commerce Rm 9A20 5024 DAL
Dallas TX 75242-1496


Jaffe & Asher
600 Third Ave
New York, NY 10016


Kohl's
PO Box 3120
Milwaukee, WI 53201


MBNA
PO Box 15021
Wilmington, DE 19850


Nissan Motor Acceptance Corp.
PO Box 650680
Dallas, TX 75265-0680


Phillips & Cohen Associates
695 Rancocas Road
Westampton, NJ 08060


U.S. Attorney Northern Dist. of Texas
Office of U.S. Attorney
801 Cherry Street, Suite 1700
Fort Worth, TX 76102


United Collection Bureau
5620 Southwick Blvd., Ste.206
Toledo, OH 43614

```
US Attorney General
US Dept. of Justice Rm 4400
10th & Constitution Ave. NW
Washington, DC 20530


Verizon
PO Box 163250
Columbus,  OH 43216-3250



Veterans Administration
1400 N Valley Mills Dr.
Waco, TX 76799
```