**Weldon R. Grisham**
**801 Cherry, Suite 1050**
**Ft. Worth, Texas 76102**
**(817) 390-0065 (Phone)**
**(817) 390-0075 (Fax)**
**State Bar No. 08507200**
**ATTORNEY FOR RESPONDENT**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **IN RE:** § | CASE NO.: 05-94254 | |
| **WESTFALL, KATHY STUART** § | | |
| § | CHAPTER 7 | |
| § | | |
| § | | |
| **Debtor** § | | |

### MOTION TO EXTEND TIME TO FILE
### SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

TO THE HONORABLE , U.S. BANKRUPTCY JUDGE:

COME NOW **Westfall, Kathy Stuart**, Debtor in the above-styled and numbered cause ("Movant"), and file this her Motion to Extend Time to file Schedules and Statement of Financial Affairs, and would respectfully show the court as follows:

I.

Debtor commenced this Chapter 7 by the filing of her petition on October 14, 2005. Due to scheduling problems with the attorney's office, additional time is required to complete Debtor's Schedules and Statement of Financial affairs. Debtor is requesting an additional 15 days in which to complete the schedules and Statement of Financial Affairs.

**WHEREFORE, PREMISES CONSIDERED,** Debtor prays for an Order of this Court extending the deadline to file Schedules and Statement of Financial Affairs for 15 days from this date, and for such other and further relief to which she may be entitled.

Respectfully submitted,

**/s/ Weldon R. Grisham**
Weldon R. Grisham
State Bar No. 08507200
801 Cherry Street, Suite 1050
Ft. Worth, Texas 76102
(817) 390-0065 (Phone)
(817) 390-0075 (Fax)
Attorney for Debtor

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and correct copy of the foregoing Motion to Extend Deadlines to File Schedules and Statement of financial Affairs has been forwarded to the Chapter 7 Trustee's office and to all creditors listed below by U.S. Mail on October 25, 2005.

**/s/ Weldon R. Grisham**
Weldon R. Grisham

| | | |
|---|---|---|
| American Airlines Credit Union<br>PO Box 619001, MD 2100<br>DFW, TX 75261-9001 | American Express<br>PO Box 650448<br>Dallas, TX 75265-0148 | Bank of America<br>PO Box 650260<br>Dallas, TX 75265-0260 |
| Capital One<br>PO Box 85015<br>Richmond, VA 23285-5015 | Chase<br>800 Brooksedge Blvd<br>Westerville, OH 43081 | Citibank<br>PO Box 6408<br>The Lakes, NV 88901-6408 |
| Flagstar<br>5151 Corporate Dr<br>Troy, MI 48098 | Internal Revenue Service<br>PO Box 660169<br>Dallas, TX 75266-0169 | Jaffe & Asher<br>600 Third Ave<br>New York, NY 10016 |
| Kohl's<br>PO Box 3120<br>Milwaukee, WI 53201 | MBNA<br>PO Box 15021<br>Wilmington, DE 19850 | Nissan Motor Acceptance Corp.<br>PO Box 650680<br>Dallas, TX 75265-0680 |

| Phillips & Cohen Associates | United Collection Bureau | Verizon |
| --- | --- | --- |
| 695 Rancocas Road | 5620 Southwick Blvd., Ste.206 | PO Box 163250 |
| Westampton, NJ 08060 | Toledo, OH 43614 | Columbus, OH 43216-3250 |