U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the order of the Court.**

Signed October 27, 2005

_____
United States Bankruptcy Judge

---

Weldon R. Grisham
801 Cherry, Suite 1050
Fort Worth, Texas 76102
(817) 390-0065
(817) 390-0075 (Fax)
State Bar No. 08507200
ATTORNEY FOR RESPONDENT

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO.: 05-94254 |
| **WESTFALL, KATHY STUART** | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| **Debtor** | § | CHAPTER 7 |

**ORDER GRANTING MOTION TO EXTEND TIME TO
FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

On this day, came on before the Court, the Motion of **Westfall, Kathy Stuart,** Debtor, to request an extension for the filing of Schedules and Statement of Financial Affairs, and notice having been given to the Chapter 13 Trustee and the U.S. Trustee, it is hereby,
ORDERED that the Debtor's deadline to file Schedules and Statement of Financial Affairs

is extended until the 14th day of November, 2005.

****END OF ORDER****

Order Extending Deadline
Case No. 05-94254
Westfall, Kathy Stuart, Debtor